■ Welch Foods, Inc., a Cooperative, Respondent, v Arkwright Mutual Insurance Company, Appellant. [688 NYS2d 454] —Order and judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Rath, Jr., J. (Appeal from Order and Judgment of Supreme Court, Erie County, Rath, Jr., J.—Summary Judgment.) Present—Denman, P. J., Green, Hayes, Wisner and Callahan, JJ.